UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY TIAN HUANG and JILIAN ZHANG<br><br>    Defendant.<br>_____/ | No. CR-13-0731 EMC<br><br>**ORDER DENYING KUANG-BAO P. OU-YOUNG'S MOTION TO INTERVENE AND MOTION TO DISQUALIFY JUDGE AND EXPANDING PRE-FILING REVIEW**<br><br>**(Docket No. 75)** |

Pending before the Court is a motion to intervene filed by Kuang-Bao P. Ou-Young. Docket No. 75. Mr. Ou-Young seeks to intervene in this criminal case and to then have the Court vacate an order it issued in his unrelated civil case, *Ou-Young v. Roberts, et al.*, No. C13-04442 EMC. Mr. Ou-Young has a long history of filing frivolous suits in this District. *See generally Ou-Young v. Roberts*, No. C13-4442 EMC, 2013 WL 6732118, at \*1-2 (N.D. Cal. Dec. 20, 2013) (describing Mr. Ou-Young's litigation history). After dismissing the *Ou-Young* action with prejudice, the Court declared Mr. Ou-Young a vexatious litigant, requiring him to obtain leave of the court before "filing any further suits alleging any violations of the federal criminal statutes . . . and the FTCA . . . involving the parties that he named" in any of his many actions. *Id.* at \*11. At no point did Mr. Ou-Young seek to appeal the dismissal in C13-04442, the Court's prior denial of his motions to have this Court recuse itself, or the Court's vexatious litigant determination.

Mr. Ou-Young's request to intervene in an unrelated *criminal* case for the purpose of collaterally attacking the dismissal in a now long-closed civil case is so plainly frivolous as to not warrant further discussion. The motion is **DENIED**.

It is apparent that the prior vexatious litigant determination has not detered Mr. Ou-Young from making frivolous filings. Accordingly, this Court's pre-filing review order against Mr. Ou-Young is hereby expanded to include all motions to intervene filed by Mr. Ou-Young seeking to intervene in an action pending in this district. Mr. Ou-Young must obtain leave of court before filing any such motion to intervene. The Clerk of this Court shall not accept for filing any further motion to intervene filed by Mr. Ou-Young until that motion has first been reviewed by a judge of this court and approved for filing.

This order disposes of Docket No. 75.

IT IS SO ORDERED.

Dated: December 16, 2014

_____
EDWARD M. CHEN
United States District Judge