1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

6       Telephone: (415) 436-7368
        Fax: (415) 436-6982

7       E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,           )  CASE NO. 3:13-CR-731 EMC
                                        )
14       Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
                                        )  MOVING DEADLINES FOR PRETRIAL FILINGS
15    v.                                )
                                        )
16  JILIAN ZHANG,                       )
                                        )
17       Defendant.                     )
                                        )
18  _____ )

19       The parties hereby request that the deadline for pre-trial filings as to Jilian Zhang be moved from

20  Tuesday, March 10, 2015 to Friday, March 13, 2015.  This proposed stipulation would not affect the

21  trial date as to Mr. Zhang, nor would it change the date for the Pretrial Conference.[1]

22       The First Amended Pretrial Order sets forth the applicable deadlines for trial in this case, which

23  is set for April 20, 2015.  (Docket No. 81).  Motions in *limine* and other pre-trial motions are due to be

24  filed on March 10, 2015.  Responses to motions are due on March 17, 2015.  Other filings, such as

25  exhibit lists and witness lists, are also due three weeks before the Pretrial Conference.

26

27       [1] This stipulation would not affect any of the deadlines as to co-defendant Henry Huang.  The
Court vacated the trial date as to this defendant, based on the representation that he would change his

28  plea later this week.  (Docket No. 104.)

STIPULATION TO MOVE DEADLINES
3:13-CR-731 EMC

1    This proposed extension would move all of these deadlines by three days.   The deadline for pre-

2    trial filings would move to Friday, March 13th.  The deadline for responses would move to Friday,

3    March 20th.  The deadlines for other matters, including exhibit lists and witness lists, would also be

4    moved by three days.  The Pretrial Conference would remain on March 31, 2015, and the date for the

5    trial would remain on April 20, 2015.

6    As a basis for this request, the government notes that counsel for Mr. Zhang has moved for a

7    competency exam and hearing.  (Docket No. 105.)  In this filing, counsel for Mr. Zhang also requested

8    that the trial date and the associated deadlines be vacated.  (*Id.*)  The Court has set a hearing on this

9    motion for Wednesday, March 11th at 2:30 p.m.

10   The deadline for pre-trial filings under the Court's prior order remains on March 10th, one day

11   before the hearing on the competency motion.  This stipulation acknowledges that the hearing on this

12   motion may affect the status of trial, but it does not vacate any trial dates or associated dates until after

13   the Court has had an opportunity to review the competency motion.

14

15   SO STIPULATED:

16
17                                                    MELINDA HAAG
                                                      United States Attorney
18
19   DATED: March 9, 2015                          _____/s/_____
20                                                    ADAM WRIGHT
                                                      Assistant United States Attorney
21
22   DATED: March 9, 2015                          _____/s/_____
                                                      RICHARD TAMOR
23                                                    Attorney for Jilian Zhang

24

25

26

27

28

STIPULATION TO MOVE DEADLINES
3:13-CR-731 EMC

1

[PROPOSED] ORDER

2      Based upon the representation of counsel and for good cause shown, the Court hereby provides

3  additional time as to the pre-trial filings applicable to defendant Jilian Zhang.  This order affects the

4  deadlines set forth in the Court's First Amended Pretrial Order.  (Docket No. 81.)

5      Motions in limine and other pre-trial motions shall be filed by March 13, 2015.  Responses to

6  these motions will be due on March 20, 2015.

7      Similarly, deadlines for the pretrial statement, trial brief, joint exhibit list, witness list, proposed

8  jury instructions, proposed verdict form, proposed questions for jury voir dire – as set forth in Paragraph

9  4(b) of the Court's First Amended Pretrial Order – shall also be moved by three days.  Deadlines for

10  responses to these materials – as set forth in Paragraph 4(c) – are also moved by three days.

11

12

13  IT IS SO ORDERED.

14

15  DATED: 3/9/15 _____

16



17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
3:13-CR-731 EMC