BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-6982
    E-mail: adam.wright@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:13-CR-00731 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR STATUS HEARING AND EXCLUDING TIME FROM DECEMBER 18, 2015 TO JANUARY 13, 2016 |
| v. | |
| JILIAN ZHANG, | |
| Defendant | |

This matter is currently set for a status hearing on December 18, 2015. The defendant, Jilian Zhang, represented by Richard Tamor, Esq., and the government, represented by Adam Wright, Assistant United States Attorney, appeared before the Court on October 22, 2015. At that hearing, the parties explained that they were negotiating a potential diversionary disposition for the matter, and that they hoped to have the necessary steps completed by the next appearance. The Court excluded time until November 18, 2015 based on the need for effective preparation of counsel, taking into account due diligence, *see* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court later approved a stipulation moving the date and excluding time to December 9, 2015 and then to December 18, 2015.

Pretrial Services informed us earlier this week that they would need additional time to consider the potential diversionary resolution. As a result, the parties respectfully request that the status hearing

1  be moved to January 13, 2016.  The parties also request that time be excluded under the Speedy Trial
2  Act between December 18, 2015 and January 13, 2016 on the basis on the need for effective preparation
3  of counsel, taking into account due diligence.

SO STIPULATED:

                                        BRIAN J. STRETCH
                                        Acting United States Attorney

DATED: December 17, 2015            /s/
                                        ADAM WRIGHT
                                        Assistant United States Attorney

DATED: December 17, 2015            /s/
                                        RICHARD TAMOR
                                        Attorney for Jilian Zhang

[PROPOSED] ORDER

The Court hereby changes the status hearing scheduled for December 18, 2015 to January 13, 2016 at 2:00 p.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between December 18, 2015 and January 13, 2016 is appropriate for effective preparation of counsel, taking into account the exercise of due diligence, as provided by 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, IT IS HEREBY ORDERED that the time between December 18, 2015 and January 13, 2016 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 12/17/15

HON. EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER CHANGING HEARING DATE
3:13-CR-00731 EMC